UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80032-Cr-Rosenberg/Reinhart

8 U.S.C. § 1326(a) & (b)(1)

UNITED STATES OF AMERICA

vs.

**JORGE ADALBERTO RAMIREZ-HERNANDEZ,**
  a/k/a "Jorge Adalberto Landra-Ramirez,"
  a/k/a "Carlos Humberto Bonilla,"

      Defendant.
_____/

FILED BY __TM__ D.C.

Mar 7, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## INDICTMENT

The Grand Jury charges that:

On or about January 31, 2024, in Palm Beach County, in the Southern District of Florida, the defendant,

**JORGE ADALBERTO RAMIREZ-HERNANDEZ,**
a/k/a "Jorge Adalberto Landra-Ramirez,"
a/k/a "Carlos Humberto Bonilla,"

an alien, having previously been removed from the United States on or about January 13, 1993, March 23, 1994, June 26, 2003, November 12, 2014, and June 8, 2016, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: _____

v.

JORGE ADALBERTO RAMIREZ-HERNANDEZ,
a/k/a "Jorge Adalberto Landa-Clemente,"
a/k/a "Carlos Humberto Bonilla,"
                                    /
         Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami    ☐ Key West    ☐ FTP
☐ FTL      ☒ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                  (Check only one)
   I   ☒ 0 to 5 days                 ☐ Petty
   II  ☐ 6 to 10 days                ☐ Minor
   III ☐ 11 to 20 days               ☐ Misdemeanor
   IV  ☐ 21 to 60 days               ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 24-8059-BER
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: *Rinku Tribuiani*
RINKU TRIBUIANI
Assistant United States Attorney
FL Bar No.    0150990

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JORGE ADALBERTO RAMIREZ-HERNANDEZ a/k/a "Jorge Adalberto Landa-Clemente, "a/k/a "Carlos Humberto Bonilla"

**Case No**: _____

Count #: 1

    Illegal re-entry into the United States after deportation or removal

    Title 8, United States Code, Section 1326(a) and (b)(1)

\* Max. Term of Imprisonment:   up to 10 years
\* Mandatory Min. Term of Imprisonment (if applicable): n/a
\* Max. Supervised Release: up to 3 years
\* Max. Fine: up to $250,000 and a mandatory $100 special assessment upon conviction

\*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.